# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Timothy Pattakos / Julie E Pattakos**, Debtor(s)

Case No. **23-20349**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Timothy Pattakos**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Julie E Pattakos**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **March 22, 2023**      Signature **/s/ Timothy Pattakos**
Timothy Pattakos
Debtor

Date **March 22, 2023**      Signature **/s/ Julie E Pattakos**
Julie E Pattakos
Joint Debtor

# Citizens

Citizens Bank, N.A.
One Citizens Plaza
JCC110
Providence, RI 02915
866-472-8234

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/06/2023 |
| Period End Date | 02/12/2023 |
| Pay Date | 02/17/2023 |
| Document | 14403986 |
| **Net Pay** | **$448.42** |

## Pay Details

JULIE ELIZABETH PATTAKOS
311 E EDGEWOOD AVE
TRAFFORD, PA 15085
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | D116209 | Pay Group | CBNA Hourly Employees | |
| SSN | XXX-XX-2787 | Location | 2005 Route 286, Pittsbur | |
| Job | Citizens Teller | GL Co Code | 600 - Citizens Bank, N.A. | |
| Pay Rate | $18.5000 | | | |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $444.00 |
| PTO Time | 0.0000 | $0.0000 | $0.00 | $296.00 |
| Regular | 36.2500 | $18.5000 | $670.62 | $4,222.62 |

Total Hours Worked: 0.0000    Total Hours: 36.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $20.12 | $148.88 | – | – |
| Accident Insur | No | $2.40 | $16.80 | – | – |
| AD&D Insur | Yes | $0.36 | $2.52 | – | – |
| Crit Ill Ins | No | $11.25 | $78.75 | – | – |
| Dental Plan | Yes | $7.17 | $50.19 | $0.00 | $0.00 |
| Hosp. Indemnity | No | $3.33 | $23.31 | – | – |
| ID Theft Pro | No | $4.14 | $28.98 | – | – |
| Medical Plan | Yes | $61.31 | $429.17 | – | – |
| Sp Life Insur | No | $2.12 | $14.84 | – | – |
| Supp Life Insur | No | $2.01 | $14.07 | – | – |
| Tax Levy | No | $0.00 | $87.00 | – | – |
| Tax Levy | No | $0.00 | $102.50 | – | – |
| Vision Plan | Yes | $3.11 | $21.77 | – | – |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $33.23 | $263.87 |
| Employee Medicare | $8.69 | $64.66 |
| Social Security Employee Tax | $37.12 | $276.46 |
| PA State Income Tax | $18.38 | $136.90 |
| PLUM | $5.99 | $44.59 |
| PLUM BORO | $0.90 | $6.30 |
| PLUM BORO SD-PLUM BORO | $0.10 | $0.70 |
| PA Unemployment Employee | $0.47 | $3.34 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 2.7700 | 20.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6271 | Checking | $448.42 |
| Total | | $448.42 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $670.62 | $578.55 | $104.88 | $117.32 | **$448.42** |
| YTD | $4,962.62 | $4,310.09 | $796.82 | $1,018.78 | $3,147.02 |

# Citizens

Citizens Bank, N.A.
One Citizens Plaza
JCC110
Providence, RI 02915
866-472-8234

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/30/2023 |
| Period End Date | 02/05/2023 |
| Pay Date | 02/10/2023 |
| Document | 14384419 |
| **Net Pay** | **$499.48** |

## Pay Details

**JULIE ELIZABETH PATTAKOS**
311 E EDGEWOOD AVE
TRAFFORD, PA 15085
USA

| | |
|---|---|
| Employee Number | D116209 |
| SSN | XXX-XX-2787 |
| Job | Citizens Teller |
| Pay Rate | $18.5000 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | CBNA Hourly Employees |
| Location | 2005 Route 286, Pittsbur |
| GL Co Code | 600 - Citizens Bank, N.A. |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $444.00 |
| PTO Time | 16.0000 | $18.5000 | $296.00 | $296.00 |
| Regular | 24.0000 | $18.5000 | $444.00 | $3,552.00 |

Total Hours Worked  0.0000    Total Hours  40.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $22.20 | $128.76 | -- | -- |
| Accident Insur | No | $2.40 | $14.40 | -- | -- |
| AD&D Insur | Yes | $0.36 | $2.16 | -- | -- |
| Crit Ill Ins | No | $11.25 | $67.50 | -- | -- |
| Dental Plan | Yes | $7.17 | $43.02 | $0.00 | $0.00 |
| Hosp Indemnity | No | $3.33 | $19.98 | -- | -- |
| ID Theft Pro | No | $4.14 | $24.84 | -- | -- |
| Medical Plan | Yes | $61.31 | $367.86 | -- | -- |
| Sp Life Insur | No | $2.12 | $12.72 | -- | -- |
| Supp Life Insur | No | $2.01 | $12.06 | -- | -- |
| Tax Levy | No | $0.00 | $87.00 | -- | -- |
| Tax Levy | No | $0.00 | $102.50 | -- | -- |
| Vision Plan | Yes | $3.11 | $18.66 | -- | -- |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $41.31 | $230.64 |
| Employee Medicare | $9.68 | $55.97 |
| Social Security Employee Tax | $41.42 | $239.34 |
| PA State Income Tax | $20.51 | $118.52 |
| PLUM | $6.68 | $38.60 |
| PLUM BORO | $0.90 | $5.40 |
| PLUM BORO SD-PLUM BORO | $0.10 | $0.60 |
| PA Unemployment Employee | $0.52 | $2.87 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 2.7700 | -23.2700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6271 | Checking | $499.48 |
| Total | | $499.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $740.00 | $645.85 | $121.12 | $119.40 | **$499.48** |
| YTD | $4,292.00 | $3,731.54 | $691.94 | $901.46 | $2,698.60 |

# ✷ Citizens™

Citizens Bank, N.A.
One Citizens Plaza
JCC110
Providence, RI 02915
866-472-8234

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/23/2023 |
| Period End Date | 01/29/2023 |
| Pay Date | 02/03/2023 |
| Document | 14374951 |
| **Net Pay** | **$450.57** |

## Pay Details

**JULIE ELIZABETH PATTAKOS**
311 E EDGEWOOD AVE
TRAFFORD, PA 15085
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | D116209 | Pay Group | CBNA Hourly Employees | |
| SSN | XXX-XX-2787 | Location | 2005 Route 286 | |
| Job | Citizens Teller | GL Co Code | 600 - Citizens Bank, N.A. | |
| Pay Rate | $18.5000 | | | |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $444.00 |
| Regular | 40.0000 | $18.5000 | $740.00 | $3,108.00 |

Total Hours Worked 0.0000    Total Hours 40.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $22.20 | $106.56 | – | – |
| Accident Insur | No | $2.40 | $12.00 | – | – |
| AD&D Insur | Yes | $0.36 | $1.80 | – | – |
| Crit Ill Ins | No | $11.25 | $56.25 | – | – |
| Dental Plan | Yes | $7.17 | $35.85 | $0.00 | $0.00 |
| Hosp. Indemnity | No | $3.33 | $16.65 | – | – |
| ID Theft Pro | No | $4.14 | $20.70 | – | – |
| Medical Plan | Yes | $61.31 | $306.55 | – | – |
| Sp Life Insur | No | $2.12 | $10.60 | – | – |
| Supp Life Insur | No | $2.01 | $10.05 | – | – |
| Tax Levy | No | $48.90 | $102.50 | – | – |
| Tax Levy | No | $0.00 | $87.00 | – | – |
| Vision Plan | Yes | $3.11 | $15.55 | – | – |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $41.31 | $189.33 |
| Employee Medicare | $9.69 | $46.29 |
| Social Security Employee Tax | $41.42 | $197.92 |
| PA State Income Tax | $20.51 | $98.01 |
| PLUM | $6.68 | $31.92 |
| PLUM BORO | $0.90 | $4.50 |
| PLUM BORO SD-PLUM BORO | $0.10 | $0.50 |
| PA Unemployment Employee | $0.52 | $2.35 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 2.7700 | -10.0400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6271 | Checking | $450.57 |
| Total | | $450.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $740.00 | $645.85 | $121.13 | $168.30 | $450.57 |
| YTD | $3,552.00 | $3,085.69 | $570.82 | $782.06 | $2,199.12 |

# ✕✕ Citizens

Citizens Bank, N.A.
One Citizens Plaza
JCC110
Providence, RI 02915
866-472-8234

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/16/2023 |
| Period End Date | 01/22/2023 |
| Pay Date | 01/27/2023 |
| Document | 14356160 |
| **Net Pay** | **$378.43** |

## Pay Details

JULIE ELIZABETH PATTAKOS
311 E EDGEWOOD AVE
TRAFFORD, PA 15085
USA

| | |
|---|---|
| Employee Number | D116209 |
| SSN | XXX-XX-2787 |
| Job | Citizens Teller |
| Pay Rate | $18.5000 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | CBNA Hourly Employees |
| Location | 2005 Route 286 |
| GL Co Code | 600 - Citizens Bank, N.A. |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $18.5000 | $148.00 | $444.00 |
| Regular | 28.0000 | $18.5000 | $518.00 | $2,368.00 |

Total Hours Worked 0.0000    Total Hours 36.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $19.98 | $84.36 | -- | -- |
| Accident Insur | No | $2.40 | $9.60 | -- | -- |
| AD&D Insur | Yes | $0.36 | $1.44 | -- | -- |
| Crit Ill Ins | No | $11.25 | $45.00 | -- | -- |
| Dental Plan | Yes | $7.17 | $28.68 | $0.00 | $0.00 |
| Hosp. Indemnity | No | $3.33 | $13.32 | -- | -- |
| ID Theft Pro | No | $4.14 | $16.56 | -- | -- |
| Medical Plan | Yes | $61.31 | $245.24 | -- | -- |
| Sp Life Insur | No | $2.12 | $8.48 | -- | -- |
| Supp Life Insur | No | $2.01 | $8.04 | -- | -- |
| Tax Levy | No | $13.00 | $87.00 | -- | -- |
| Tax Levy | No | $53.60 | $53.60 | -- | -- |
| Vision Plan | Yes | $3.11 | $12.44 | -- | -- |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $32.70 | $148.02 |
| Employee Medicare | $8.61 | $36.60 |
| Social Security Employee Tax | $36.83 | $156.50 |
| PA State Income Tax | $18.24 | $77.50 |
| PLUM | $5.94 | $25.24 |
| PLUM BORO | $0.90 | $3.60 |
| PLUM BORO SD-PLUM BORO | $0.10 | $0.40 |
| PA Unemployment Employee | $0.47 | $1.83 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 2.7700 | -12.8100 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6271 | Checking | $378.43 |
| Total | | $378.43 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $666.00 | $574.07 | $103.79 | $183.78 | **$378.43** |
| YTD | $2,812.00 | $2,439.84 | $449.69 | $613.76 | $1,748.55 |

# ✻ Citizens™

Citizens Bank, N.A.
One Citizens Plaza
JCC110
Providence, RI 02915
866-472-8234

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/09/2023 |
| Period End Date | 01/15/2023 |
| Pay Date | 01/20/2023 |
| Document | 14343758 |
| **Net Pay** | **$425.47** |

## Pay Details

**JULIE ELIZABETH PATTAKOS**
311 E EDGEWOOD AVE
TRAFFORD, PA 15085
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | D116209 | Pay Group | CBNA Hourly Employees |
| SSN | XXX-XX-2787 | Location | 2005 Route 286 |
| Job | Citizens Teller | GL Co Code | 600 - Citizens Bank, N.A. |
| Pay Rate | $18.5000 | | |
| Pay Frequency | Weekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $296.00 |
| Regular | 40.0000 | $18.5000 | $740.00 | $1,850.00 |

Total Hours Worked  0.0000        Total Hours  40.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $22.20 | $64.38 | -- | -- |
| Accident Insur | No | $2.40 | $7.20 | -- | -- |
| AD&D Insur | Yes | $0.36 | $1.08 | -- | -- |
| Crit Ill Ins | No | $11.25 | $33.75 | -- | -- |
| Dental Plan | Yes | $7.17 | $21.51 | $0.00 | $0.00 |
| Hosp. Indemnity | No | $3.33 | $9.99 | -- | -- |
| ID Theft Pro | No | $4.14 | $12.42 | -- | -- |
| Medical Plan | Yes | $61.31 | $183.93 | -- | -- |
| Sp Life Insur | No | $2.12 | $6.36 | -- | -- |
| Supp Life Insur | No | $2.01 | $6.03 | -- | -- |
| Tax Levy | No | $74.00 | $74.00 | -- | -- |
| Vision Plan | Yes | $3.11 | $9.33 | -- | -- |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $41.31 | $115.32 |
| Employee Medicare | $9.69 | $27.99 |
| Social Security Employee Tax | $41.42 | $119.67 |
| PA State Income Tax | $20.51 | $59.26 |
| PLUM | $6.68 | $19.30 |
| PLUM BORO | $0.90 | $2.70 |
| PLUM BORO SD-PLUM BORO | $0.10 | $0.30 |
| PA Unemployment Employee | $0.52 | $1.36 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 2.7700 | -15.5800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6271 | Checking | $425.47 |
| Total | | $425.47 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $740.00 | $645.85 | $121.13 | $193.40 | **$425.47** |
| YTD | $2,146.00 | $1,865.77 | $345.90 | $429.98 | $1,370.12 |

## Citizens

Citizens Bank, N.A.
One Citizens Plaza
JCC110
Providence, RI 02915
866-472-8234

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/02/2023 |
| Period End Date | 01/08/2023 |
| Pay Date | 01/13/2023 |
| Document | 14322506 |
| **Net Pay** | **$445.10** |

### Pay Details

JULIE ELIZABETH PATTAKOS
311 E EDGEWOOD AVE
TRAFFORD, PA 15085
USA

| | | | |
|---|---|---|---|
| Employee Number | D116209 | Pay Group | CBNA Hourly Employees |
| SSN | XXX-XX-2787 | Location | 2005 Route 286 |
| Job | Citizens Teller | GL Co Code | 600 - Citizens Bank, N.A. |
| Pay Rate | $18.5000 | | |
| Pay Frequency | Weekly | | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $18.5000 | $148.00 | $296.00 |
| Regular | 28.0000 | $18.5000 | $518.00 | $1,110.00 |
| Total Hours Worked 0.0000 | Total Hours 36.0000 | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $19.98 | $42.18 | -- | -- |
| Accident Insur | No | $2.40 | $4.80 | -- | -- |
| AD&D Insur | Yes | $0.36 | $0.72 | -- | -- |
| Crit Ill Ins | No | $11.25 | $22.50 | -- | -- |
| Dental Plan | Yes | $7.17 | $14.34 | $0.00 | $0.00 |
| Hosp. Indemnity | No | $3.33 | $6.66 | -- | -- |
| ID Theft Pro | No | $4.14 | $8.28 | -- | -- |
| Medical Plan | Yes | $61.31 | $122.62 | -- | -- |
| Sp Life Insur | No | $2.12 | $4.24 | -- | -- |
| Supp Life Insur | No | $2.01 | $4.02 | -- | -- |
| Vision Plan | Yes | $3.11 | $6.22 | -- | -- |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $32.70 | $74.01 |
| Employee Medicare | $8.61 | $18.30 |
| Social Security Employee Tax | $36.83 | $78.25 |
| PA State Income Tax | $18.24 | $38.75 |
| PLUM | $5.94 | $12.62 |
| PLUM BORO | $0.90 | $1.80 |
| PLUM BORO SD-PLUM BORO | $0.10 | $0.20 |
| PA Unemployment Employee | $0.40 | $0.84 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 2.7700 | -18.3500 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6271 | Checking | $445.10 |
| Total | | $445.10 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $666.00 | $574.07 | $103.72 | $117.18 | **$445.10** |
| YTD | $1,406.00 | $1,219.92 | $224.77 | $236.58 | $944.65 |

## Citizens

Citizens Bank, N.A.
One Citizens Plaza
JCC110
Providence, RI 02915
866-472-8234

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/26/2022 |
| Period End Date | 01/01/2023 |
| Pay Date | 01/06/2023 |
| Document | 14304503 |
| **Net Pay** | **$499.55** |

### Pay Details

JULIE ELIZABETH PATTAKOS
311 E EDGEWOOD AVE
TRAFFORD, PA 15085
USA

| | | | |
|---|---|---|---|
| Employee Number | D116209 | Pay Group | CBNA Hourly Employees |
| SSN | XXX-XX-2787 | Location | 2005 Route 286 |
| Job | Citizens Teller | GL Co Code | 600 - Citizens Bank, N.A. |
| Pay Rate | $18.5000 | | |
| Pay Frequency | Weekly | | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $18.5000 | $148.00 | $148.00 |
| Regular | 32.0000 | $18.5000 | $592.00 | $592.00 |

Total Hours Worked 0.0000        Total Hours 40.0000

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) | Yes | $22.20 | $22.20 | -- | -- |
| Accident Insur | No | $2.40 | $2.40 | -- | -- |
| AD&D Insur | Yes | $0.36 | $0.36 | -- | -- |
| Crit Ill Ins | No | $11.25 | $11.25 | -- | -- |
| Dental Plan | Yes | $7.17 | $7.17 | $0.00 | $0.00 |
| Hosp. Indemnity | No | $3.33 | $3.33 | -- | -- |
| ID Theft Pro | No | $4.14 | $4.14 | -- | -- |
| Medical Plan | Yes | $61.31 | $61.31 | -- | -- |
| Sp Life Insur | No | $2.12 | $2.12 | -- | -- |
| Supp Life Insur | No | $2.01 | $2.01 | -- | -- |
| Vision Plan | Yes | $3.11 | $3.11 | -- | -- |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $41.31 | $41.31 |
| Employee Medicare | $9.69 | $9.69 |
| Social Security Employee Tax | $41.42 | $41.42 |
| PA State Income Tax | $20.51 | $20.51 |
| PLUM | $6.68 | $6.68 |
| PLUM BORO | $0.90 | $0.90 |
| PLUM BORO SD-PLUM BORO | $0.10 | $0.10 |
| PA Unemployment Employee | $0.44 | $0.44 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 2.7700 | -21.1200 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6271 | Checking | $499.55 |
| Total | | $499.55 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $740.00 | $645.85 | $121.05 | $119.40 | **$499.55** |
| YTD | $740.00 | $645.85 | $121.05 | $119.40 | $499.55 |

# gusto

# Earnings Statement

Pay period: Mar 1, 2023 - Mar 15, 2023  Pay Day: Mar 20, 2023
Timothy Pattakos' bank account ( . . . 6271): $1,066.98

**Company**
Matthew Langford State Farm
2818 Golden Mile Hwy
Pittsburgh, PA 15239
724-327-3227

**Employee**
Timothy Pattakos
XXX-XX-8087
311 E Edgewood Ave
Trafford, PA 15085

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $15.00 | 86.666667 | $1,300.00 | $7,149.99 |
| Total Hours Worked | | 86.666667 | | |
| Bonus | | | $0.00 | $100.00 |
| Gross Earnings | | | $1,300.00 | $7,249.99 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $77.58 | $399.48 |
| Social Security | $80.60 | $449.50 |
| Medicare | $18.85 | $105.12 |
| PA Withholding Tax | $39.91 | $222.58 |
| PA UC Tax Employee Withholding | $0.91 | $4.97 |
| Plum EIT | $13.00 | $72.49 |
| Plum LST | $2.17 | $13.02 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $80.60 | $449.50 |
| Medicare | $18.85 | $105.12 |
| FUTA | $6.30 | $42.00 |
| PA UC Tax Employer Contribution | $47.96 | $267.45 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,300.00 | $7,249.99 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $233.02 | $1,267.16 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,066.98 | $5,982.83 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,066.98 | $5,982.83 |

# gusto

# Earnings Statement

Pay period: Feb 16, 2023 - Feb 28, 2023  Pay Day: Mar 3, 2023
Timothy Pattakos' bank account ( . . . 6271): $1,066.98

**Company**
Matthew Langford State Farm
2818 Golden Mile Hwy
Pittsburgh, PA 15239
724-327-3227

**Employee**
Timothy Pattakos
XXX-XX-8087
311 E Edgewood Ave
Trafford, PA 15085

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $15.00 | 86.666667 | $1,300.00 | $5,849.99 |
| Total Hours Worked | | 86.666667 | | |
| Bonus | | | $0.00 | $100.00 |
| Gross Earnings | | | $1,300.00 | $5,949.99 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $77.58 | $321.90 |
| Social Security | $80.60 | $368.90 |
| Medicare | $18.85 | $86.27 |
| PA Withholding Tax | $39.91 | $182.67 |
| PA UC Tax Employee Withholding | $0.91 | $4.06 |
| Plum EIT | $13.00 | $59.49 |
| Plum LST | $2.17 | $10.85 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $80.60 | $368.90 |
| Medicare | $18.85 | $86.27 |
| FUTA | $7.80 | $35.70 |
| PA UC Tax Employer Contribution | $47.96 | $219.49 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,300.00 | $5,949.99 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $233.02 | $1,034.14 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,066.98 | $4,915.85 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,066.98 | $4,915.85 |

# gusto

# Earnings Statement

Pay period: Feb 1, 2023 - Feb 15, 2023 Pay Day: Feb 17, 2023
Timothy Pattakos' bank account ( . . . 6271): $1,066.98

**Company**
Matthew Langford State Farm
2818 Golden Mile Hwy
Pittsburgh, PA 15239
724-327-3227

**Employee**
Timothy Pattakos
XXX-XX-8087
311 E Edgewood Ave
Trafford, PA 15085

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $15.00 | 86.666667 | $1,300.00 | $4,549.99 |
| Total Hours Worked | | 86.666667 | | |
| Bonus | | | $0.00 | $100.00 |
| Gross Earnings | | | $1,300.00 | $4,649.99 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $77.58 | $244.32 |
| Social Security | $80.60 | $288.30 |
| Medicare | $18.85 | $67.42 |
| PA Withholding Tax | $39.91 | $142.76 |
| PA UC Tax Employee Withholding | $0.91 | $3.15 |
| Plum EIT | $13.00 | $46.49 |
| Plum LST | $2.17 | $8.68 |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $80.60 | $288.30 |
| Medicare | $18.85 | $67.42 |
| FUTA | $7.80 | $27.90 |
| PA UC Tax Employer Contribution | $47.96 | $171.53 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,300.00 | $4,649.99 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $233.02 | $801.12 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,066.98 | $3,848.87 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,066.98 | $3,848.87 |

# gusto

# Earnings Statement

Pay period: Jan 16, 2023 - Jan 31, 2023  Pay Day: Feb 3, 2023
Timothy Pattakos' bank account ( . . . 6271): $978.07

**Company**
Matthew Langford State Farm
2818 Golden Mile Hwy
Pittsburgh, PA 15239
724-327-3227

**Employee**
Timothy Pattakos
XXX-XX-8087
311 E Edgewood Ave
Trafford, PA 15085

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $12.50 | 86.666667 | $1,083.33 | $3,249.99 |
| Total Hours Worked | | 86.666667 | | |
| Bonus | | | $100.00 | $100.00 |
| Gross Earnings | | | $1,183.33 | $3,349.99 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $63.58 | $166.74 |
| Social Security | $73.37 | $207.70 |
| Medicare | $17.15 | $48.57 |
| PA Withholding Tax | $36.33 | $102.85 |
| PA UC Tax Employee Withholding | $0.83 | $2.24 |
| Plum EIT | $11.83 | $33.49 |
| Plum LST | $2.17 | $6.51 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $73.37 | $207.70 |
| Medicare | $17.15 | $48.57 |
| FUTA | $7.10 | $20.10 |
| PA UC Tax Employer Contribution | $43.65 | $123.57 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,183.33 | $3,349.99 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $205.26 | $568.10 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $978.07 | $2,781.89 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $978.07 | $2,781.89 |

# gusto

# Earnings Statement

**Company**
Matthew Langford State Farm
2818 Golden Mile Hwy
Pittsburgh, PA 15239
724-327-3227

**Employee**
Timothy Pattakos
XXX-XX-8087
311 E Edgewood Ave
Trafford, PA 15085

Pay period: Jan 1, 2023 - Jan 15, 2023 Pay Day: Jan 20, 2023
Timothy Pattakos' bank account ( . . . 6271): $901.86

### Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $12.50 | 86.666667 | $1,083.33 | $2,166.66 |
| Total Hours Worked | | 86.666667 | | |
| Gross Earnings | | | $1,083.33 | $2,166.66 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $51.58 | $103.16 |
| Social Security | $67.16 | $134.33 |
| Medicare | $15.71 | $31.42 |
| PA Withholding Tax | $33.26 | $66.52 |
| PA UC Tax Employee Withholding | $0.76 | $1.41 |
| Plum EIT | $10.83 | $21.66 |
| Plum LST | $2.17 | $4.34 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $67.16 | $134.33 |
| Medicare | $15.71 | $31.42 |
| FUTA | $6.50 | $13.00 |
| PA UC Tax Employer Contribution | $39.96 | $79.92 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,083.33 | $2,166.66 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $181.47 | $362.84 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $901.86 | $1,803.82 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $901.86 | $1,803.82 |