**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 23-20349-JAD |
| | : | |
| Timothy Pattakos and | : | Chapter 13 |
| Julie E. Pattakos, | : | |
| Debtors | : | |

**CERTIFICATE OF SERVICE**

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **March 28, 2023,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**Mathew Lanford State Farm**
**2818 Golden Mile Highway**
**Pittsburgh, PA 15239**
**Attn: Payroll Manager**

**Timothy Pattakos**
**311 East Edgewood Avenue**
**Trafford, PA 15085**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: March 29, 2023

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com