**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No 23-20349JAD |
| TIMOTHY PATTAKOS | : | |
| JULIE E. PATTAKOS | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| TIMOTHY PATTAKOS | : | Document No. |
| JULIE E. PATTAKOS | : | |
| | : | |
| Movant, | : | |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

**REPORT OF NO PURCHASE**

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C..

2. This Court entered an Order, granting the Debtors' Motion to Approve Post Petition Vehicle Financing.

3. The Order directed that a Report of Sale was to be filed within thirty (30) days of closing.

4. After inquiry, the Debtors have been unable to secure vehicle financing this time.

Dated: May 22, 2024,                    By. /s/ Lawrence W Willis Esq
                                         Lawrence W Willis, Esquire
                                         PA I.D. # 85299
                                         Willis & Associates
                                         201 Penn Center Blvd
                                         Pittsburgh, PA 15235
                                         Tel: 412.235.1721