**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-20349-JAD |
| **Timothy Pattakos and** | : | |
| **Julie E. Pattakos,** | : | |
| Debtors | : | **CHAPTER 13** |
| | : | |
| **Timothy Pattakos and** | : | **RELATED TO DOCKET NO. 58** |
| **Julie E. Pattakos,** | : | |
| Movants | : | |
| | : | **HEARING DATE AND TIME :** |
| vs. | : | **September 3, 2024 at 10:00 AM** |
| | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee/** | : | |
| Respondents | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO DISMISS CHAPTER 13 CASE FILED AT DOCKET NO. 58

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Chapter 13 Case filed on August 3, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 20, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>August 21, 2024</u>                           By: <u>/s/ Lawrence Willis Esquire</u>
                                                        Lawrence W Willis, Esquire
                                                        PA I.D. # 85299
                                                        Willis & Associates
                                                        201 Penn Center Blvd
                                                        Pittsburgh, PA 15235
                                                        Tel: 412.235.1721
                                                        Fax: 412.542.1704
                                                        lawrencew@urfreshstrt.com
                                                        Attorney for Debtors