**Form 309**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Timothy Pattakos** | : | Case No. 23−20349−JAD |
| **aka Timothy M Pattakos Sr.** | : | Chapter: 13 |
| **Julie E. Pattakos** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 30th of August, 2024,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-20349-JAD
Timothy Pattakos  Chapter 13
Julie E. Pattakos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Aug 30, 2024      Form ID: 309      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Pattakos, Julie E. Pattakos, 311 East Edgewood Avenue, Trafford, PA 15085-1543 |
| 15587509 | + | First Commonwealth Bank, c/o Stephen M. Elek, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15584852 | + | Ford Motor Credit Company, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 15572233 | | Peoples Gas, c/o GRB, Frick Building, Pittsburgh, PA 15219 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 31 2024 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15584664 | | Email/Text: cfcbackoffice@contfinco.com | Aug 31 2024 00:07:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15584663 | + | Email/Text: tvincequerra@chromefcu.org | Aug 31 2024 00:08:00 | Chrome FCU, Attn: Bankruptcy, Po Box 658, Canonburg, PA 15317-0658 |
| 15584665 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 31 2024 00:07:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15584666 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2024 00:09:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15572228 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 31 2024 00:08:00 | Duquesne Light, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15593390 | + | Email/Text: jdryer@bernsteinlaw.com | Aug 31 2024 00:07:10 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15584668 | + | EDI: PHINGENESIS | Aug 31 2024 03:55:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15584670 | | EDI: IRS.COM | Aug 31 2024 03:54:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15584672 | | Email/Text: bk@lendmarkfinancial.com | Aug 31 2024 00:07:00 | Lendmark, Attn: Bankruptcy, 1735 North Brown Rd, Ste 300, Lawrenceville, GA 30043 |
| 15572229 | | Email/Text: bk@lendmarkfinancial.com | Aug 31 2024 00:07:00 | Lendmark Financial Ser, 2118 Usher Street NW, Covington, GA 30014 |
| 15590749 | | Email/Text: bk@lendmarkfinancial.com | Aug 31 2024 00:07:00 | Lendmark Financial Services LLC, 2118 USHER ST, COVINGTON, GA 30014-2118 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 15594174 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2024 00:10:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15572230 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2024 00:10:26 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15584675 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2024 00:07:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15584676 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2024 00:07:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15572231 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2024 00:07:00 | Nationstar Mortgage, PO Box 619096, Dallas, TX 75261 |
| 15594511 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2024 00:07:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15584678 | + EDI: AGFINANCE.COM | Aug 31 2024 03:54:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15584679 | + EDI: PENNDEPTREV | Aug 31 2024 03:54:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15584679 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2024 00:08:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15572232 | Email/Text: perituspendrick@peritusservices.com | Aug 31 2024 00:07:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO Box 141419, Irving, TX 75014 |
| 15572234 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | PNC Bank NA, PO BOX 94982, Cleveland, OH 44101 |
| 15584662 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 31 2024 00:07:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 15576655 | + Email/Text: ebnpeoples@grblaw.com | Aug 31 2024 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15572235 | + EDI: Q3G.COM | Aug 31 2024 03:54:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15577985 | EDI: Q3G.COM | Aug 31 2024 03:54:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15572236 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 31 2024 00:10:31 | REGIONAL Acceptance Corp, PO Box 1847, Wilson, NC 27894-1847 |
| 15584685 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 31 2024 00:10:31 | Regional Acceptance Corp, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 15584686 | + EDI: TCISOLUTIONS.COM | Aug 31 2024 03:54:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15584689 | Email/Text: bk@carhop.com | Aug 31 2024 00:07:00 | Universal Acceptance/Car Hop Financing, Attn: Bankruptcy Dept, Po Box 398104, Edina, MN 55439 |
| 15572237 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 31 2024 00:09:56 | U.S. Department of Housing and Urban Dev, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 15573274 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 31 2024 00:09:56 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 15584688 | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Aug 31 2024 00:07:00 | United Auto Credit Co, Attn: Bankruptcy, Po Box 163049, Fort Worth, TX 76161-3049 |

Case 23-20349-JAD    Doc 62    Filed 09/01/24    Entered 09/02/24 00:27:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2024 | Form ID: 309 | Total Noticed: 37 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15584667 | *+ | Duquesne Light, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15584671 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15584669 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15584673 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher Street NW, Covington, GA 30014 |
| 15584674 | *+ | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15584677 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, PO Box 619096, Dallas, TX 75261 |
| 15584680 | *P++ | PERITUS PORTFOLIO SERVICES II LLC, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO Box 141419, Irving, TX 75014 |
| 15584682 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank NA, PO BOX 94982, Cleveland, OH 44101 |
| 15584681 | * | Peoples Gas, c/o GRB, Frick Building, Pittsburgh, PA 15219 |
| 15584683 | *+ | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15584684 | *+ | REGIONAL Acceptance Corp, PO Box 1847, Wilson, NC 27894-1847 |
| 15588398 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15584687 | *P++ | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, ATTN OFFICE OF REGIONAL COUNSEL, 801 MARKET STREET 12TH FLOOR, PHILADELPHIA PA 19107-3126, address filed with court:, U.S. Department of Housing and Urban Dev, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Joint Debtor Julie E. Pattakos ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor Timothy Pattakos ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2024 | Form ID: 309 | Total Noticed: 37 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor Nationstar Mortgage LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8