**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY PATTAKOS<br>JULIE E. PATTAKOS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:23-20349 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/17/2023 and confirmed on 04/25/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,797.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,797.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 4,000.00 | |
| 　Trustee Fee | 1,583.81 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,583.81 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　NATIONSTAR MORTGAGE LLC(*) | 0.00 | 16,135.40 | 0.00 | 16,135.40 |
| 　　Acct: 0510 | | | | |
| 　NATIONSTAR MORTGAGE LLC(*) | 10,151.47 | 584.43 | 0.00 | 584.43 |
| 　　Acct: 0510 | | | | |
| 　LENDMARK FINANCIAL SERVICES LLC | 3,510.00 | 1,020.81 | 376.12 | 1,396.93 |
| 　　Acct: 3593 | | | | |
| 　REGIONAL ACCEPTANCE CORP | 1,044.99 | 1,044.99 | 2,051.44 | 3,096.43 |
| 　　Acct: 2987 | | | | |
| 　US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 5108 | | | | |
| | | | | 21,213.19 |
| Priority | | | | |
| 　LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY PATTAKOS | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|    LAWRENCE W WILLIS ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    LAWRENCE W WILLIS ESQ | 1,500.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    INTERNAL REVENUE SERVICE* | 7,034.66 | 0.00 | 0.00 | 0.00 |
|      Acct: 8087 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|    BBVA COMPASS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 6415 | | | | |
|    CHROME FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0002 | | | | |
|    CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 6365 | | | | |
|    CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4126 | | | | |
|    LVNV FUNDING LLC | 1,011.89 | 0.00 | 0.00 | 0.00 |
|      Acct: 3377 | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 5,755.94 | 0.00 | 0.00 | 0.00 |
|      Acct: 1970 | | | | |
|    GENESIS FS CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2466 | | | | |
|    INTERNAL REVENUE SERVICE* | 8,055.72 | 0.00 | 0.00 | 0.00 |
|      Acct: 8087 | | | | |
|    LENDMARK FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 9305 | | | | |
|    LVNV FUNDING LLC | 544.42 | 0.00 | 0.00 | 0.00 |
|      Acct: 2914 | | | | |
|    NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8708 | | | | |
|    UNITED WHOLESALE MORTGAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0510 | | | | |
|    ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1989 | | | | |
|    PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PENDRICK CAPITAL PARTNERS LLC | 1,023.32 | 0.00 | 0.00 | 0.00 |
|      Acct: 2447 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 3,892.34 | 0.00 | 0.00 | 0.00 |
|      Acct: 3297 | | | | |
|    PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    QUANTUM3 GROUP LLC - AGENT GENES | 329.53 | 0.00 | 0.00 | 0.00 |
|      Acct: 2466 | | | | |
|    REGIONAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2987 | | | | |
|    TOTAL VISA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2914 | | | | |
|    UNITED AUTO CREDIT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0002 | | | | |
|    UNIVERSAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1652 | | | | |
|    PENDRICK CAPITAL PARTNERS LLC | 3,566.47 | 0.00 | 0.00 | 0.00 |
|      Acct: 2448 | | | | |
|    BBVA COMPASS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    FORD MOTOR CREDIT CO LLC/FORD CRE | 11,533.23 | 0.00 | 0.00 | 0.00 |
|      Acct: 8087 | | | | |

| 23-20349 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    PENDRICK CAPITAL PARTNERS LLC | 601.62 | 0.00 | 0.00 | 0.00 |
|      Acct: 0225 | | | | |
|    FIRST COMMONWEALTH BANK** | 368.70 | 0.00 | 0.00 | 0.00 |
|      Acct: 1023 | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 21,213.19 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 7,034.66 | |
| SECURED | 14,706.46 | |
| UNSECURED | 36.683.18 | |

Date: 10/03/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com